UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CHARLES NASON                                                                                             PLAINTIFF

V.                                                               CIVIL ACTION NO. 3:23-CV-3011-DPJ-FKB

SFR3, LLC                                                                                                 DEFENDANT

ORDER OF REMAND

On November 13, 2023, the Court entered an Order to Show Cause [12], directing SFR3, LLC, to file a response indicating the citizenship of each of its members.  SFR3 complied [13], and its response indicates that at least one of the LLC's members is non-diverse.  Decl. [13-1] at 2, 16.  As such, subject-matter jurisdiction is lacking.  *See Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1079–80 (5th Cir. 2008) (noting citizenship is determined by the citizenship of each member of the LLC).[1]

This matter is remanded to Hinds County Circuit Court.

**SO ORDERED AND ADJUDGED** this the 27th day of November, 2023.

                                                                    s/ *Daniel P. Jordan III*
                                                                    CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Counsel for SFR3 also notified the Court by email that it does not oppose the entry of an Order of Remand.